**Commonwealth *v.* Smith, Appellant.**

Submitted September 15, 1969. *William F. Killeen,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.